# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: William Lynn Cherry            BK NO. 20-00689 RNO

          Debtor(s)            Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F and index same on the master mailing list.

           Respectfully submitted,

           **/s/ James C. Warmbrodt, Esquire**
           James C. Warmbrodt, Esquire
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           215-627-1322