United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 20-00689-RNO
William Lynn Cherry  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　　　　User: AutoDocke　　　　　　　　　　Page 1 of 2
Date Rcvd: Feb 04, 2021　　　　　　　　Form ID: ordsmiss　　　　　　　　　Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Lynn Cherry, 9554 Jasmine Drive, Tobyhanna, PA 18466-3837 |
| 5309811 | + | A Pocono Country Place Property owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5305326 | + | Lendmark Financial Services, 1735 N. Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 5305327 | | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5305328 | | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 5305329 | + | Pocono County Place POA, 112 Recreation Drive, Tobyhanna, PA 18466-7715 |
| 5305330 | + | Young and Haros, 802 Main Street, Stroudsburg, PA 18360-1602 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5305323 | + | EDI: CAPITALONE.COM | Feb 04 2021 23:43:00 | CAPITAL ONE BANK USA NA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 5323304 | | EDI: CBSAAFES.COM | Feb 04 2021 23:43:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 5305322 | | EDI: CBSAAFES.COM | Feb 04 2021 23:43:00 | Army/Air Force Exchange, P.O Box 650410, Dallas, TX 75265 |
| 5326324 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 04 2021 18:46:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5305325 | | EDI: DIRECTV.COM | Feb 04 2021 23:43:00 | Directv, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 5305324 | | EDI: JPMORGANCHASE | Feb 04 2021 23:43:00 | Chase Mortgage, 700 Kansas Lane, Mail Code LA4-6945, Monroe, LA 71203 |
| 5317784 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 04 2021 18:46:00 | Lendmark Financial Services, LLC, 2118 Usher St, Covington, GA 30014 |
| 5319733 | | EDI: PRA.COM | Feb 04 2021 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5319093 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 04 2021 18:46:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Jpmorgan Chase Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 William Lynn Cherry donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William Lynn Cherry,                              Chapter     13

    **Debtor 1**

                                          Case No.     5:20−bk−00689−RNO

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: February 4, 2021                               By the Court,

                                                                          Honorable Robert N. Opel, II
                                                                           United States Bankruptcy Judge
                                                                           By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)